# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jennifer Smith

                        Plaintiff,

v.                                                     Case No.: 1:14–cv–03462

                                                               Honorable Andrea R. Wood

Royal Bahamas Cruise Line

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held on Defendant's motion to dismiss the complaint [16]. Counsel for Defendant appeared by telephone. Plaintiff's counsel failed to appear. Plaintiff shall respond to Defendant's motion by 8/7/2014. Defendant shall reply by 8/21/2014. Ruling by mail. Pursuant to the discussion held in open court, the parties are directed to meet and confer to determine when they will be ready to brief Plaintiff's motion for class certification [4] or whether they would agree to enter into a stipulation that would allow the motion to be withdrawn without prejudice. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.